IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No. CR-08-117-C |
| | ) | |
| JIMMY RAYMOND BYRUM | ) | |
| | ) | |
| Defendant | ) | |

MEMORANDUM OPINION AND ORDER

Defendant has filed a Motion to Suppress Statement arguing that his statement given to the Beaver County Sheriff's Office on July 13, 2007, should be suppressed. According to Defendant, there is no written waiver of his Miranda[1] rights, and even if he was warned of his rights, the conduct of the officers placed him under a great deal of pressure and prevented him from making a knowing and deliberate choice to waive his rights.

As discussed with counsel during the telephone conference this date, an evidentiary hearing will be held on this matter on July 10, 2008, beginning at 1:00 p.m. in Courtroom 301.

IT IS SO ORDERED this 18th day of June, 2008.

ROBIN J. CAUTHRON
United States District Judge

---

[1] Miranda v. Arizona, 384 U.S. 436 (1966).